IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KEVIN COOPER,
REG. #31073-074                                                                          PLAINTIFF

v.                                          2:09CV00032HLJ

T. J. OUTLAW, et al.                                                                     DEFENDANTS

ORDER

By Order dated March 31, 2009 (DE #4), this Court directed plaintiff to submit an amended complaint within thirty days. Plaintiff has now submitted an amended complaint (DE #6). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants T. J. Outlaw, E. J. Prince, Hipolito Matos, and M. Williams. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is directed to serve a copy of the original and amended complaints (DE ##3, 6) and summons on the defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 11th day of May, 2009.

_____
United States Magistrate Judge